# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEPHEN KENJI LE BROCQ, an Individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NEJLA K. LANE, an Individual, and ) <br> LANE LEGAL SERVICES, P.C., an Illinois ) <br> Professional Corporation, ) <br> ) <br> Defendants. ) | Case No. 1:17-cv-02633 |

## STIPULATED DISMISSAL WITHOUT PREJUDICE

Plaintiff, Stephen Kenji Le Brocq, and Defendants, Nejla K. Lane and Lane Legal Services P.C., by and through their attorneys and pursuant to their settlement agreement and FRCP 41(a)(1)(A)(ii), hereby stipulate:

A. To the dismissal of this case, including all claims and counterclaims pled therein, **without prejudice** and without awarding fees or costs to either party.

B. This dismissal will automatically convert to dismissal **with prejudice** on **September 30, 2019** unless, on that date, a motion to enforce the settlement agreement, or a motion for additional time to file a motion to enforce the settlement agreement, is pending before this Court.

C. If the terms of the settlement agreement are fully satisfied prior to September 30, 2019, the parties may earlier file an agreed stipulation to dismiss this case with prejudice.

STIPULATED:

/s/ Nejla K. Lane /s/
Nejla K. Lane
Lane Keyfli Law, Ltd.
*Attorneys for Defendants*
ARDC: 6290003
5901 North Cicero Ave., Suite 200
Chicago, Illinois 60646-5701
P: (773) 777-4440

/s/ Stephen Kenji Le Brocq /s/
Stephen Kenji Le Brocq
Le Brocq Law Firm, PLLC
*Attorneys for Plaintiff*
ARDC: 6315514
2150 N. Josey Lane, Suite 227
Carrollton, Texas 75006
(469) 930-4385